IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIE STREITZ,

                           Plaintiff,                          ORDER

         v.                                   09-cv-0084-bbc

MICHAEL ASTRUE,
Commissioner of Social Security,

                           Defendant.

---

On February 16, 2009, plaintiff Julie Streitz filed an action for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff's lawyer, Dana Duncan, indicated at that time that he had mailed a petition and affidavit for leave to proceed *in forma pauperis* to his client for her signature and that he would file it as soon as plaintiff returned it to his office.

On March 25, 2009, United States Magistrate Judge Stephen Crocker held a telephonic status conference with counsel, inquiring why plaintiff had still not filed her petition for leave to proceed *in forma pauperis*. Duncan informed the court that he and his client had had a breakdown in communication. The magistrate judge entered an order directing that no later than April 3, 2009, Duncan had to file either the *in forma pauperis*

1

petition or a motion for leave to withdraw as counsel.  It is now April 9, 2009, and the court has not received anything from plaintiff or her lawyer.  Accordingly,


ORDER

IT IS ORDERED THAT plaintiff has until April 17, 2009, in which to show cause why this action should not be dismissed for failure to prosecute.  If plaintiff fails to comply with this order by April 17, 2009 or fails to make an adequate showing of cause, the court will promptly dismiss her case.

Entered this 9th day of April, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2