IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIE STREITZ,

               Plaintiff,                            ORDER

     v.                                          09-cv-0084-bbc

MICHAEL ASTRUE,
Commissioner of Social Security,

               Defendant.

---

On February 16, 2009, plaintiff Julie Streitz filed an action for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff has not paid the filing fee or filed a petition and affidavit for leave to proceed *in forma pauperis*. On April 9, 2009, this court entered an order allowing plaintiff until April 17, 2009, in which to show cause why this action should not be dismissed for failure to prosecute. It is now April 28, 2009, and the court has not received anything from plaintiff or her lawyer. Accordingly,

ORDER

IT IS ORDERED THAT the action filed by plaintiff Julie Streitz for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) is DISMISSED for failure to prosecute.

Entered this 28th day of April, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2