# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**JULIE STREITZ,**              **JUDGMENT IN A CIVIL CASE**

        **Plaintiff,**

                                                                             09-cv-84-bbc

    v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant.**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the action filed by plaintiff Julie Streitz for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. §405(g) is DISMISSED for failure to prosecute.

 

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

         **Connie A. Korth**                             **4/28/09**
_____       _____
         **by Deputy Clerk**                               **Date**